# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| *versus* | § | Criminal Case 5:10–po–04946 |
| | § | |
| Jesus VALDEZ–Cancino | § | |

## ORDER FINDING PROBABLE CAUSE

I find that the complaint and/or affidavit(s) filed with the complaint, establish probable cause to believe that an offense has been committed and that the defendant committed it.

IT IS SO ORDERED.

DIANA SALDAÑA
UNITED STATES MAGISTRATE JUDGE

Date of order: September 2, 2010